UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>MIGUEL ANGEL ANDRES CRUZ MEJIA,<br>a/k/a "John Doe," a/k/a "Manny,"<br><br>Defendant. | Criminal No. 1:19-cr-10105-ADBs |

**GOVERNMENT'S SENTENCING MEMORANDUM**

On November 3, 2021, pursuant to a binding plea agreement, the defendant pled guilty to a Superseding Information, charging him with one count of possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1) (Count One), and one count of False Representation of a Social Security Number, in violation of 42 U.S.C. § 408(a)(7)(B). *See* Dkt. No. 128.

The Final Pre-Sentence Report ("PSR"), prepared by the United States Probation Office ("Probation"), dated February 9, 2022, concluded that the defendant's advisory guideline sentencing range ("GSR") was 21-27 months, based on a Total Offense Level of 16, and a Criminal History Category of I. *See* PSR, at ¶¶ 42, 47, and 75. The government agrees with this calculation. *See* Dkt. No. 120, Plea Agreement, at p. 2.

As is set forth in the PSR, the defendant was a small-scale street-level drug dealer, who primarily sold cocaine, and on four occasions sold small quantities of heroin[1] to a cooperating witness. The defendant also obtained a Massachusetts driver's license by falsely representing that a particular Social Security number belonged to him, when it in fact belonged to another individual. The defendant has already served over thirteen months in prison related to this case, and given his

---

[1] Laboratory analysis confirmed that the "heroin" that the defendant sold the cooperating witness on November 28, 2018 was actually a mixture of heroin and fentanyl. *See* PSR, at ¶¶ 14 and 23.

prompt acceptance of responsibility, the government submits that the proposed sentence of time-served, followed by 36 months of supervised release is the minimum sentence sufficient, but not greater than necessary, to comply with the purposes set forth in 18 U.S.C. § 3553.

## CONCLUSION

For the reasons set forth in the PSR, as stated above, and as will be addressed at the sentencing hearing, a sentence of time-served (13 months and 20 days), followed by 36 months of supervised release, and a mandatory special assessment of $200, is the minimum sentence sufficient, but not greater than necessary, to comply with the purposes set forth in 18 U.S.C. § 3553.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: /s/ Alathea E. Porter
Alathea E. Porter
Assistant United States Attorney

Dated: February 15, 2022


Certificate of Service

I, Alathea E. Porter, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing on defendant's attorney by electronic filing.

/s/ Alathea E. Porter
Alathea E. Porter
Assistant U.S. Attorney

Dated: February 15, 2022